IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ESTATE OF JUSTIN S. HOLLINGSWORTH, Through its Administrator James Hollingsworth, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 119-056 |
| PAUL OHLROGGE; FAITH TECHNOLOGIES, INC.; and JOHN DOES 1-10, | * * * * | |
| Defendants. | * | |

ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice as to Defendant Faith Technologies, Inc.[1] (Doc. 36.) All appearing parties signed the stipulation. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is a proper mechanism to dismiss less than all parties to a lawsuit. <u>Jackson v. Equifax Info. Servs., LLC</u>, No. CV 119-096, 2020 WL 476698, at *2 (S.D. Ga. Jan. 29, 2020). Upon due consideration, the Court finds dismissal proper as to Defendant Faith Technologies, Inc.

---

[1] Although the Parties titled the present submission "Consent Motion for the Stipulation of Dismissal of Faith Technologies, Inc. with Prejudice," the Parties failed to specify under which subsection of Rule 41 they advance the motion. For the reasons herein, the Court interprets the filing as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** Defendant Faith Technologies, Inc. as a party to this case and any motions pertaining to it. Except as otherwise agreed, Plaintiff and Defendant Faith Technologies, Inc. shall bear their own costs, fees, and expenses with respect to each other.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of April, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA