IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUN 12 PM 2: 57

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| ESTATE OF JUSTIN S. HOLLINGSWORTH, Through its Administrator James Hollingsworth, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 119-056 |
| PAUL OHLROGGE and JOHN DOES 1– 10, | * * * | |
| Defendants. | * | |

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice.  (Doc. 41.)  All remaining, appearing parties signed the stipulation.  Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.  The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case.  Each party shall bear its own costs, fees, and expenses.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of June, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA